# NO. 12-23-00212-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: LAURA LEE REDMAN, INDIVIDUALLY, RICHARD REDMAN, INDIVIDUALLY, BRIAN G. REDMAN, INDIVIDUALLY, KRISTY L. REDMAN, INDIVIDUALLY, COMMUNITY ACCESS, INC.,* | § | |
| *REDMAN MANAGEMENT, LLC, AND REDMAN LEGACY, LP,* | § | *ORIGINAL PROCEEDING* |
| | | |
| *RELATORS* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Laura Lee Redman, Richard Redman, Brian G. Redman, Kristy L. Redman, Community Access, Inc., Redman Management, LLC, and Redman Legacy, LP, filed this original proceeding to challenge Respondent's order compelling them to respond to written discovery propounded by Real Party in Interest Kenny S. Frederick.[1] On October 11, 2023, this Court conditionally granted the petition in part and directed Respondent to vacate the portion of his July 20, 2023, order compelling responses to Interrogatories 1 through 5 and Requests for Production 1 through 7, 9, 10, 13, 15, 17, 18, and 22 through 29, and in its stead, to issue an order imposing limits on these requests and compelling Relators to respond to the discovery requests as limited. By an order signed on October 12, Respondent complied with this Court's

---

[1] Respondent is the Honorable Austin R. Jackson, Judge of the 114th District Court in Smith County, Texas.

opinion and order, rendering this proceeding moot.  Accordingly, we ***dismiss*** the petition for writ of mandamus as ***moot***.

Opinion delivered October 18, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 18, 2023**

**NO. 12-23-00212-CV**

**LAURA LEE REDMAN, INDIVIDUALLY, RICHARD REDMAN, INDIVIDUALLY, BRIAN G. REDMAN, INDIVIDUALLY, KRISTY L. REDMAN, INDIVIDUALLY, COMMUNITY ACCESS, INC., REDMAN MANAGEMENT, LLC, AND REDMAN LEGACY, LP,**
Relators
V.

**HON. JUDGE AUSTIN R. JACKSON,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Laura Lee Redman, individually, Richard Redman, individually, Brian G. Redman, individually, Kristy L. Redman, individually, Community Access, Inc., Redman Management, LLC, and Redman Legacy, LP; who are the relators in appellate cause number 12-23-00212-CV and the defendants in trial court cause number 21-2535-B, pending on the docket of the 114th Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on August 22, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and

ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*